FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 28  AM 7:37

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELVIA ANN DILLON<br>PATRICK S. DILLON | CIVIL ACTION 05-5930 |
| | SECTION "K" |
| VERSUS | |
| | MAGISTRATE "3" |
| WAL-MART STORES, INC. | |

## ORDER

IT IS ORDERED, that the above entitled-and-numbered cause and the same is hereby dismissed with prejudice each party to bear its own costs.

New Orleans, Louisiana, this 27th day of July, 2006.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____